UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENNIS MONTGOMERY,<br><br>Plaintiffs,<br><br>v.<br><br>WARREN TREPP; U.S. CONGRESSMAN JAMES GIBBONS; eTREPPID TECHNOLOGIES, LLC; GENERAL RONALD BATH; ASCENTIA CAPITAL PARTNERS, LLC; SLOAN VENABLES; PATTY GRAY; PAUL HARALDSEN; MICHAEL WEST; and DOES 1 through 20,<br><br>Defendants. | 3:06-cv-00691<br><br>**IN CAMERA AND UNDER SEAL**<br><br><u>O R D E R</u> |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and Plaintiff/Relator Dennis Montgomery shall have to and including November 13, 2009 within which to serve the complaint upon defendants;

2. all other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the Plaintiff/Relator will serve upon the defendants at the time of service of the complaint;

3. that unless otherwise ordered by the Court, the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. all orders of this Court shall be sent to the United States; and that

6. should the Plaintiff/Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED, this 13th day of July, 2009.

_____
PHILIP M. PRO
United States District Judge