AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

UNITED STATES OF AMERICA,
 ex rel, DENNIS MONTGOMERY,
 an individual,

       Plaintiff,          JUDGMENT IN A CIVIL CASE
  V.

                             CASE NUMBER: **3:06-cv-691-PMP**

WARREN TREPP, et al.,

       Defendants.


\_XX\_ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the Defendants. This case is **DISMISSED** without prejudice.


Date: \_March 16, 2010\_                     **LANCE S. WILSON, CLERK**

                                              By /s/   BRENDA L. GORBET
                                                    Deputy Clerk